## Everett A. Thornton v. Commonwealth Loan & Building Association.

Appeal from the Superior Court of Cook County. Opinion filed January 9, 1899.

This was an appeal from a decree of foreclosure. Held, that the objections before the master, which were ordered to stand as exceptions to his report, were too general, and that the court was not bound to consider them, citing Hurd v. Goodrich, 23 Ill. 450; Farwell v. Huling, 132 Id. 112; Springer v. Kroeschell, 161 Id. 358, 370; Wolcott v. Lake View Bld'g Ass'n, 59 Ill. App. 415, and cases cited.

Charles Pickler, attorney for appellant.

M. L. Raftree, attorney for appellee.

## Samuel E. Webbe v. Henry E. Weaver et al.

Error to the Circuit Court of Cook County. Opinion filed January 26, 1899.

This was an action for use and occupation. The evidence showed that the relation of landlord and tenant did not exist between the parties, but that the occupation was wrongful. Held, that there could be no recovery, citing McNair v. Schwartz, 16 Ill. 24, and Railway Co. v. Spry Lumber Co., 60 Ill. App. 646. The judgment was reversed and the cause remanded.

Defrees, Brace & Ritter, attorneys for plaintiff in error.

E. H. Morris, attorney for defendants in error.